IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| THEODORE JOSEPH PAULEY, | ) | No. CV 10-390 TUC AWT (LAB) |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| CHARLES L. RYAN; et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |
| | ) | |

   Petitioner Theodore Joseph Pauley, presently incarcerated in the Arizona State Prison-Meadows Unit, in Florence, Arizona, brings this *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This Court referred the matter to United States Magistrate Judge Leslie A. Bowman for pretrial proceedings and a report and recommendation.  Doc. 22.

   Magistrate Judge Bowman issued her Report and Recommendation (R&R) on December 17, 2013, recommending that the Court deny Pauley's petition for a writ of habeas corpus.  Doc. 24.  On January 21, 2014, Pauley filed an objection to the R&R. Doc. 28.

   Having made an independent review of the record, this Court agrees with the findings of Magistrate Judge Bowman, as set out in her R&R.  Accordingly,

1    **IT IS ORDERED:**

2         1.    The Magistrate Judge's Report and Recommendation of December 17, 2013

3    (Doc. 24) is adopted.

4         2.    Petitioner Theodore Joseph Pauley's petition for writ of habeas corpus is

5    DENIED.

6         3.    This order shall serve as the Court's Judgment under Fed. R. Civ. P. 58(a).

7    The Clerk is directed to close the case.

8

9    DATED:  this 3rd day of April, 2014

10

11

12    _____
            A. Wallace Tashima
            United States Circuit Judge
13          Sitting by Designation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28